NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**APPISTRY, LLC,**

*Plaintiff-Appellant*

**v.**

**AMAZON.COM, INC., AMAZON WEB SERVICES, INC.,**

*Defendants-Appellees*

_____

2016-2417

_____

Appeal from the United States District Court for the Western District of Washington in No. 2:15-cv-01416-RAJ, Judge Richard A. Jones.

_____

**JUDGMENT**

_____

ANTHONY G. SIMON, The Simon Law Firm, P.C., St. Louis, MO, argued for plaintiff-appellant. Also represented by TIMOTHY DAVID KRIEGER, BENJAMIN R. ASKEW, MICHAEL P. KELLA.

ALAN M. FISCH, Fisch Sigler, LLP, Washington, DC, argued for defendants-appellees. Also represented by ROY WILLIAM SIGLER, JENNIFER ROBINSON, JEFFREY MATTHEW SALTMAN; DAVID M. SAUNDERS, San Jose, CA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, HUGHES, and STOLL, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  February 10, 2017  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |